# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAXINE FACEY-CANNON, M.D.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CITY OF NEWARK,** *et al.*,<br><br>**Defendants.** | Case No. 20–cv–16722–CCC–ESK<br><br><br>**ORDER** |

    **THIS MATTER** having come before the Court for a telephone status conference on June 29, 2022 (Conference); and discovery in this matter having been deemed complete (*see* ECF No. 22); and the Court having appointed Jennine DiSomma, Esq. as mediator for this matter (*id.*); and Ms. DiSomma having advised the Court that plaintiff's counsel has failed to respond to her correspondence seeking to schedule and coordinate the mediation; and Ms. DiSomma having further advised the Court that plaintiff's counsel failed to appear for a scheduling telephone conference on June 28, 2022; and plaintiff's counsel having failed to appear for the Conference,

    **IT IS** on this   **29th** day of **June 2022**   **ORDERED** that:

    1.   This matter is administratively terminated. Plaintiff may file a formal motion to reinstate this matter by **July 11, 2022**.   Plaintiff's counsel shall serve copies of all papers filed in support of a motion to reinstate on plaintiff, and shall file a certification of service confirming same.

                                              */s/ Edward S. Kiel*
                                              **EDWARD S. KIEL**
                                              **UNITED STATES MAGISTRATE JUDGE**