## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MAXINE FACEY-CANNON, M.D.,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**CITY OF NEWARK,** *et al.*,<br><br>　　　　**Defendants.** | Case No. 20–cv–16722–JXN–ESK<br><br><br>ORDER |

**THIS MATTER** having come before the Court for a telephone status conference on March 22, 2023; and defendants having filed a letter on March 2, 2023 (ECF No. 34) advising the Court of issues relating to the completion of discovery; and for the reasons stated on the record at the conference,

**IT IS** on this   **22nd** day of **March 2023**   **ORDERED** that:

1. This matter is administratively terminated pending the appearance of substitute counsel for plaintiff.

2. A telephone conference is scheduled for **May 25, 2023 at 9:45 a.m.** before Magistrate Judge Edward S. Kiel.  The dial in number is 1-888-684-8852 and the access code is 310-0383#.  If plaintiff does not obtain substitute counsel by May 25, 2023, the Court intends to terminate John T. Herbert, Esq.'s appearance for plaintiff and require plaintiff to proceed *pro se.*

3. John T. Herbert, Esq. shall serve a copy of this order on plaintiff by email and regular mail, and shall file proof of service

　　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**